# CREIZMAN LLC

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*Via ECF*

May 16, 2013

The Honorable Dora L. Irizarry
United States District Court Judge
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Gjavit Thaqi, et al.*, Criminal Docket No. 11-486 (DLI)

Dear Judge Irizarry:

I am appointed counsel to Robert Bonura in the above-referenced action pursuant to the Criminal Justice Act.

I write to respectfully request that the Court reschedule Mr. Bonura's September 19, 2013 sentencing hearing in the above-referenced matter, which falls on the Jewish holiday of Sukkoth. Below are the dates of the Jewish holidays for 2013 on which I will be unable to appear in Court. I am happy to schedule an earlier or later date for sentencing, whichever is convenient to the Court:

- Rosh Hashana:  September 4 (evening) to September 6 (night)
- Yom Kippur: September 13 (afternoon) to September 14 (night) (I would appreciate it if sentencing is not scheduled on the 13th if at all possible)
- Sukkot (1st days):  September 18 (evening) to September 20 (night);
- Sukkot (2nd days):  September 25 (evening) to September 27 (night)

Hon Dora L. Irizarry
May 16, 2013
P a g e | 2

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman

Eric Creizman (EC-7684)

cc:   Gina Parlovecchio, Esq. (by ECF and email)
      Assistant United States Attorney
      John J. Lanigan (by email)
      United States Probation Officer