# CREIZMAN LLC

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*Via ECF*

September 23, 2013

The Honorable Dora L. Irizarry
United States District Court Judge
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Gjavit Thaqi, et al.*, **Criminal Docket No. 11-486 (DLI)**

Dear Judge Irizarry:

I represent Robert Bonura in the above-referenced action.

On consent of the government, I write to respectfully request that the Court adjourn Mr. Bonura's sentencing, which is scheduled for Wednesday, October 9, 2013 at 10 a.m.  I am currently representing a client in a multi-defendant trial before the Honorable J. Paul Oetken in the United States District Court for the Southern District of New York.  The trial is expected to conclude at the end of October.  Trial proceedings are from Monday through Thursday.  Thus, I am available on Fridays through October.

The Court previously adjourned Mr. Bonura's sentencing date from September 19, 2013 to October 9, 2013 at my request because it fell on a Jewish holiday.

NEW  YORK    WHITE  PLAINS

Hon Dora L. Irizarry
September 23, 2013
P a g e | **2**

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman

Eric Creizman (EC-7684)

cc:     Gina Parlovecchio, Esq. (by ECF and email)
        Assistant United States Attorney
        John J. Lanigan (by email)
        United States Probation Officer